950 A.2d 265

**Mary Elizabeth WILSON, Petitioner**

**v.**

**Samir EL–DAIEF, M.D., Montgomery Hospital
And Montgomery Hospital Medical
Center, Respondents.**

Supreme Court of Pennsylvania.

May 27, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of May, 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, rephrased for clarity, are:

(1) Did the majority opinion in the Superior Court fail to follow the holding of this Court in *Fine v. Checcio,* 582 Pa. 253, 870 A.2d 850 (2005), when it concluded that there could

be no doubt in Petitioner's mind that she had an injury and that it was caused at surgery?

(2) Did the court disregard *Fine*, when it failed to conclude that a jury could reasonably find, in light of undisputed evidence to the contrary, that Petitioner did not know that she had a surgical injury and that she had been diligent in pursuing treatment up to and including her consultation with a third surgeon beginning on October 10, 2001?

(3) Did the Superior Court fail to properly distinguish its holding in *Caro v. Glah*, 867 A.2d 531 (Pa.Super.2004)?

(4) Did the majority in the Superior Court fail to follow the holding of *Caro* in that it failed to recognize that in light of the requirement for a Certificate of Merit, a plaintiff must, at a minimum, know that she had an injury, the nature of the injury and its cause?

Justice TODD did not participate in the consideration or decision of this matter.